ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO.: CR500-12 |
| | ) | |
| SYLVESTER LEE REYNOLDS, SR. | ) | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Petitioner's Motion to Vacate, Set Aside or Correct his sentence, filed pursuant to 28 U.S.C. § 2255 is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 25th day of May, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA     \*

       vs.                    \*      CASE NO. CR500-12

Sylvester Reynolds        \*

                           \*

                           \*

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below;
and

2. That the aforementioned envelope(s) contain a copy of the documents known as Order5 _____ dated 5/26/05 _____ , which is part of the official records of this case.

Date of Mailing:    5/26/05
Date of Certificate:   5/26/05

                                           SCOTT L. POFF, CLERK

                                           By _____
                                                JGB

NAME:
1. Sylvester Reynolds, P.O. Box 999, Butner, NC 27509
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☐ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds