IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| SYLVESTER LEE REYNOLDS, SR., ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 5:02-CV-83 <br> [Underlying Case No. <br> 5:00-CR-12] |

## O R D E R

Before the Court is Petitioner's Notice of Appeal. (Doc. 17.) Petitioner seeks to appeal, to the United Stated Court of Appeals for the Eleventh Circuit, this Court's June 5, 2006 Order dismissing Petitioner's Motion for Reconsideration. Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the Court issues a certificate of appealability. This certificate may issue only if Petitioner makes a substantial showing of a denial of a constitutional right. Petitioner has not made such a showing. Therefore, to the extent that he impliedly moves for a certificate of appealability, that motion is **DENIED**.

**SO ORDERED** this 26th day of July, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA