# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Waycross Division

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Sylvester Lee Reynolds, Sr. ) | Case No: 5:00-CR-00012-1 |
| ) | USM No: 10580-021 |
| Date of Original Judgment: August 9, 2001 ) | Sage Brown |
| Date of Previous Amended Judgment: June 23, 2008 ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __210__ months **is reduced to** __time served__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __August 9, 2001,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   __Feb. 26, 2015__

_____
Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia

Effective Date: __November 1, 2015__
*(if different from order date)*                                   *Printed name and title*